1  TYLER M. PAETKAU, Bar No. 146305
   AISHA N. BARBEAU, Bar No. 245339
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
5  Facsimile:    415.399.8490

6  Attorneys for Defendants
   ALTAMIRA CORPORATION doing business as
7  Arby's® roast beef restaurant
   and CHERRY CHASE INVESTORS
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12  ROBERT McCARTHY,                    | Case No. C 07 5027 HRL
13              Plaintiff,              | **DEFENDANT ALTAMIRA
                                        | CORPORATION'S DISCLOSURE
14      v.                              | STATEMENT**
15  ARBY'S ROAST BEEF RESTAURANT,       | [F.R.C.P. 7.1]
    ALTAMIRA CORPORATION and            |
16  CHERRY CHASE INVESTORS,             |
17              Defendants.             |

ALTAMIRA CORPORATION'S
DISCLOSURE STATEMENT                          1.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Pursuant to Federal Rule of Civil Procedure 7.1, DEFENDANT ALTAMIRA CORPORATION doing business as Arby's® roast beef restaurant provides the following corporate disclosure information: there is no parent corporation of Altamira Corporation, nor is there any publicly held corporation that owns 10% or more of Altamira Corporation's stock.

Dated: September 28, 2007

*[signature]*

TYLER M. PAETKAU
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
ALTAMIRA CORPORATION doing business as Arby's® roast beef restaurant
and CHERRY CHASE INVESTORS

C:\Documents and Settings\abarbeau\Desktop\Disclosure Statement.Altamira.doc

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ALTAMIRA CORPORATION'S
DISCLOSURE STATEMENT

2.