1  TYLER M. PAETKAU, Bar No. 146305
2  AISHA N. BARBEAU, Bar No. 245339
   LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA 94108.2693
   Telephone: 415.433.1940
5
   Attorneys for Defendants
6  ALTAMIRA CORPORATION doing business as
   Arby's® roast beef restaurant and CHERRY
7  CHASE INVESTORS

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
   ROBERT McCARTHY,                    Case No. C07 5027 HRL
12
                Plaintiff,
13                                     DEFENDANT ALTAMIRA
        v.                             CORPORATION'S CERTIFICATION OF
14                                     INTERESTED ENTITIES OR PERSONS
   ARBY'S ROAST BEEF RESTAURANT,
15 ALTAMIRA CORPORATION and             [CIVIL L.R. 3-16]
   CHERRY CHASE INVESTORS,
16
                Defendants.
17

18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS                    1.

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Marilyn C. McGuire, shareholder with 47.5% interest in Altamira Corporation and Roger C. Boettger, shareholder with 5% interest in Altamira Corporation.

Dated: September 28, 2007

*[signature]*

TYLER M. PAETKAU
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
ALTAMIRA CORPORATION doing business as Arby's® roast beef restaurant
and CHERRY CHASE INVESTORS

Firmwide:83159222.1 057642.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

2.