1  TYLER M. PAETKAU, Bar No. 146305
   AISHA N. BARBEAU, Bar No. 245339
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone: 415.433.1940

5  Attorneys for Defendants
   ALTAMIRA CORPORATION doing business as
6  Arby's® roast beef restaurant
   and CHERRY CHASE INVESTORS

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11 ROBERT McCARTHY,                    Case No. C 07 5027 HRL

12             Plaintiff,              **DEFENDANT CHERRY CHASE INVESTORS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

13       v.

14 ARBY'S ROAST BEEF RESTAURANT,       [CIVIL L.R. 3-16]
   ALTAMIRA CORPORATION and
15 CHERRY CHASE INVESTORS,

16             Defendants.

CERTIFICATION OF INTERESTED               1.
ENTITIES OR PERSONS

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Joseph Chui, partner in Cherry Chase Investors, David Chui, partner in Cherry Chase Investors, Benjamin Chui, partner in Cherry Chase Investors, Yu-Chuen Chui, partner in Cherry Chase Investors, Gwendolyn Chui, wife of Joseph Chui, Margaret Chui, wife of David Chui, Arlene Chui, wife of Benjamin Chui and Ho Yuet Heng Chui, wife of Yu-Chuen Chui.

Dated: September 28, 2007

_____
TYLER M. PAETKAU
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
ALTAMIRA CORPORATION doing business as Arby's® roast beef restaurant
and CHERRY CHASE INVESTORS

Firmwide:83159311.1 057642.1001

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS    2.