TYLER M. PAETKAU, Bar No. 146305
AISHA N. BARBEAU, Bar No. 245339
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendants
ALTAMIRA CORPORATION doing business as
Arby's® roast beef restaurant and CHERRY
CHASE INVESTORS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT McCARTHY,<br><br>                Plaintiff,<br><br>        v.<br><br>ARBY'S ROAST BEEF RESTAURANT,<br>ALTAMIRA CORPORATION and<br>CHERRY CHASE INVESTORS,<br><br>                Defendants. | Case No. C-07-5027 HRL<br><br>**DEFENDANT ALTAMIRA CORPORATION'S AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[CIVIL L.R. 3-16]<br><br>Judge: Hon. Howard R. Lloyd |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS         1.         Case No. C-07-5027 HRL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: J B McGuire, shareholder with 47.5% interest in Altamira Corporation, Marilyn C. McGuire, shareholder with 47.5% interest in Altamira Corporation and Roger C. Boettger, shareholder with 5% interest in Altamira Corporation.

Dated: October 2, 2007

_____
TYLER M. PAETKAU
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
ALTAMIRA CORPORATION doing business as Arby's® roast beef restaurant
and CHERRY CHASE INVESTORS

Firmwide:83159222.1 057642.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS    2.    Case No. C-07-5027 HRL