TYLER M. PAETKAU, Bar No. 146305
AISHA N. BARBEAU, Bar No. 245339
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendants
ALTAMIRA CORPORATION doing business as
Arby's® roast beef restaurant
and CHERRY CHASE INVESTORS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT McCARTHY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARBY'S ROAST BEEF RESTAURANT, ALTAMIRA CORPORATION and CHERRY CHASE INVESTORS,<br><br>　　　　　Defendants. | Case No. C 07 5027 HRL<br><br>**PROOF OF SERVICE** |

Firmwide:83172984.1 057642.1001

## PROOF OF SERVICE BY MAIL

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On September 28, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III (42 U.S.C. SECTIONS 12181-89)

STANDING ORDER RE INITIAL CASE MANAGEMENT AND DISCOVERY DISPUTES

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE

NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION CRIMINAL AND CIVIL LAW AND M0TION/TRIAL/SETTLEMENT/ CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES

WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION

ECF REGISTRATION INFORMATION HANDOUT

in a sealed envelope, postage fully paid, addressed as follows:

David C. Wakefield, Esq.
Pinnock & Wakefield
3033 Fifth Avenue, Suite 410
San Diego, CA 92103

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE

1  I declare under penalty of perjury under the laws of the State of California that the
2  above is true and correct.
3  Executed on September 28, 2007, at San Francisco, California.

*Susan A. Becerra* (signature)
Susan A. Becerra

2.
PROOF OF SERVICE

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940