1  TYLER M. PAETKAU, Bar No. 146305
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street
3  20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415.433.1940

5  Attorneys for Defendants
   ALTAMIRA CORPORATION doing business as
6  Arby's® roast beef restaurant and CHERRY
   CHASE INVESTORS
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11  ROBERT McCARTHY,                    Case No. C-07-5027 HRL

12              Plaintiff,               **DEFENDANTS' CONSENT TO PROCEED
                                         BEFORE UNITED STATES
13       v.                              MAGISTRATE JUDGE HOWARD R.
                                         LLOYD**
14  ARBY'S ROAST BEEF RESTAURANT,
    ALTAMIRA CORPORATION and
15  CHERRY CHASE INVESTORS,

16              Defendants.

CONSENT TO PROCEED BEFORE A U.S.
MAGISTRATE JUDGE                         1.                          Case No. C-07-5027 HRL

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

1  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

2  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Howard R. Lloyd conduct any and all further proceedings in the case, including trial, and order the entry of final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 21, 2007

/s/ Tyler M. Paetkau

TYLER M. PAETKAU
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
ALTAMIRA CORPORATION doing business as Arby's® roast beef restaurant
and CHERRY CHASE INVESTORS

Firmwide:83866542.1 057642.1001

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE    2.    Case No. C-07-5027 HRL