1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT McCARTHY,

        Plaintiff(s),

   v.

ALTAMIRA CORPORATION d.b.a. ARBY'S ROAST BEEF RESTAURANT, ET. AL.

        Defendant(s).
_____/

No. C 07-05027 HRL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 02-29-08

Signature

Counsel for PLAINTIFF McCARTHY
(Plaintiff, Defendant or indicate "pro se")