**PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.     Bar #: 185736
Theodore A. Pinnock, Esq.    Bar #: 153434
3033 Fifth Avenue, Suite 410
San Diego, CA  92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY<br><br>          Plaintiff,<br><br>     v.<br><br>ALTAMIRA CORPORATION d.b.a. ARBY'S ROAST BEEF RESTAURANT; CHERRY CHASE INVESTORS; And DOES 1 THROUGH 10, Inclusive,<br><br>          Defendants. | **Case No.: C07-05027 HRL**<br><br>**PROOF OF SERVICE**<br><br>[ ] |

///

///

1

**CERTIFICATE OF PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

On this date, I served the following document(s) described as **CONSENT TO PROCEED BEFORE A US MAGISTRATE JUDGE.** on the following parties in this action by:

__X___ **BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Northern District of California, Case Management/Electronic Case Files, Filing System. I served a copy of the above listed document(s) to the e-mail addresses of the addressee(s) by use of email as identified and maintained therein.

Tyler M. Paetkau, Esq
Aisha Barbeau, Esq.
Littler Mendelson
650 California Street, 20th Floor
San Francisco, CA 94108
Tel: 415.677.3157
Fax: 415. 399.8490
Email: TPaetkau@Littler.com
Email: ABarbeau@Littler.com
Attorneys for all Defendants

_____ **BY MAIL:** placing  _____ the original  _____ a true copy thereof enclosed in sealed enveloped addressed as stated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__X___ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

**EXECUTED** on February 29, 2008, at San Diego, California.

/S/ David C. Wakefield
David C. Wakefield