*E-filed 3/5/08*

**PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.    Bar #: 185736
Theodore A. Pinnock, Esq.   Bar #: 153434
3033 Fifth Avenue, Suite 410
San Diego, CA  92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>ALTAMIRA CORPORATION d.b.a. ARBY'S ROAST BEEF RESTAURANT; CHERRY CHASE INVESTORS; And DOES 1 THROUGH 10, Inclusive,<br><br>　　　　　　**Defendants.** | **Case No.: C07-05027 HRL**<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY <u>AND ORDER</u>**<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

///

///

///

IT IS HEREBY STIPULATED by and between **ROBERT MCCARTHY,** Plaintiff, on the one hand, and Defendants **ALTAMIRA CORPORATION d.b.a. ARBY'S ROAST BEEF RESTAURANT** and **CHERRY CHASE INVESTORS** on the other hand, through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of all Defendants including but not limited to Defendants **ALTAMIRA CORPORATION d.b.a. ARBY'S ROAST BEEF RESTAURANT** and **CHERRY CHASE INVESTORS,** from Plaintiff's Complaint.   Additionally, Plaintiff requests that Plaintiff's complaint be dismissed with prejudice in its entirety.

**IT IS SO STIPULATED.**

Dated: 1-15-2008         **PINNOCK & WAKEFIELD, A.P.C.**

By:   /S/ David C. Wakefield_____
        DAVID C. WAKEFIELD, ESQ.
        Attorneys for Plaintiff

Dated: 1-15-2008         **LITTLER MENDELSON**

By:   /S/ Tyler M. Paetkau_____
        TYLER M. PAETKAU, ESQ
        Attorney for Defendants

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, this action is hereby dismissed with prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Date:  3/5/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE