1  **PINNOCK & WAKEFIELD, A.P.C.**
   David C. Wakefield, Esq.     Bar #: 185736
2  Theodore A. Pinnock, Esq.    Bar #: 153434
   3033 Fifth Avenue, Suite 410
3  San Diego, CA  92103
   Telephone: (619) 858-3671
4  Facsimile: (619) 858-3646

5  Attorneys for Plaintiff

6

7              **UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9

10  **ROBERT MCCARTHY**                    | **Case No.: C07-05027 HRL**

11                                         | **STIPULATED DISMISSAL WITH**
                    **Plaintiff,**           **PREJUDICE OF ALL DEFENDANTS**
12          **v.**                           **AND PLAINTIFF'S COMPLAINT IN ITS**
                                             **ENTIRETY AND ORDER**
13  **ALTAMIRA CORPORATION d.b.a.**
    **ARBY'S ROAST BEEF RESTAURANT;**
14  **CHERRY CHASE INVESTORS; And DOES**
    **1 THROUGH 10, Inclusive,**             [Fed.R.Civ.P. Rule 41(a)(2)]
15

16              **Defendants.**

17

18

19

20

21

22

23

24

25

26  ///

27  ///

28  ///

1       **IT IS HEREBY STIPULATED** by and between **ROBERT MCCARTHY,** Plaintiff, on

2 the one hand, and Defendants **ALTAMIRA CORPORATION d.b.a. ARBY'S ROAST BEEF**

3 **RESTAURANT** and **CHERRY CHASE INVESTORS** on the other hand, through their

4 respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)

5 and (2), this Court enter a dismissal with prejudice of all Defendants including but not limited to

6 Defendants **ALTAMIRA CORPORATION d.b.a. ARBY'S ROAST BEEF RESTAURANT**

7 and **CHERRY CHASE INVESTORS,** from Plaintiff's Complaint.   Additionally, Plaintiff

8 requests that Plaintiff's complaint be dismissed with prejudice in its entirety.

9

10 **IT IS SO STIPULATED.**

11

12

13 Dated: 1-15-2008                  **PINNOCK & WAKEFIELD, A.P.C.**

14

15                             By:     _/S/ David C. Wakefield_____
                                     DAVID C. WAKEFIELD, ESQ.

16                                      Attorneys for Plaintiff

17 Dated: 1-15-2008                  **LITTLER MENDELSON**

18

19                             By:     _/S/_Tyler M. Paetkau_____

20                                      TYLER M. PAETKAU, ESQ
                                   Attorney for Defendants

21

22                               **ORDER**

23     PURSUANT TO THE STIPULATION OF THE PARTIES, this action is hereby

24 dismissed with prejudice.  The Clerk shall close the file.

25     **IT IS SO ORDERED.**

26

27   Date:    3/5/08

28                                   _____
                                  HOWARD R. LLOYD
                                  UNITED STATES MAGISTRATE JUDGE

                                  Case Number: C07-05027 HRL
                                  Stipulated Dismissal